■ CAYMAN MUSIC, INC., Respondent, v RITA MARLEY, as Administratrix of the Estate of ROBERT N. MARLEY, Deceased, et al., Respondents, et al., Defendant. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.—Appeal from an order of the Supreme Court, New York County (Elliott Wilk, J.), entered on or about August 29, 1988, unanimously dismissed as moot, without costs and without disbursements, and without prejudice to a separate plenary action. No opinion. Concur —Murphy, P. J., Sullivan, Asch, Kassal and Wallach, JJ.